

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-21-00428-CV

Hedilberto **ARIAS**, Sr. and Prime Time Plumbing & Construction, Inc.,
Appellants

v.

**TBF FINANCIAL**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020-CV-05548
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date and without reference to the merits, the trial court's judgment is SET ASIDE and the case is REMANDED to the trial court.

All costs of this appeal are ORDERED assessed against appellants Hedilberto Arias Sr. and Prime Time Plumbing & Construction, Inc.

SIGNED October 27, 2021.

_____
Luz Elena D. Chapa, Justice